UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANYARD LEMONT BERRY,<br><br>                        Petitioner,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT,<br><br>                        Respondent. | NO: CV-13-0026-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO WESTERN DISTRICT OF WASHINGTON |

      Magistrate Judge Hutton filed a Report and Recommendation on January 16, 2013, recommending Mr. Berry's habeas corpus petition be transferred to the Western District of Washington. Petitioner is challenging a term of confinement arising from a conviction in King County in the Western District of Washington. There being no objections, the court **ADOPTS** the Report and Recommendation.

      **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington in accordance with the policy established by the United States District Courts for the Eastern and Western

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO WESTERN DISTRICT OF WASHINGTON -- 1

1  Districts of Washington, and pursuant to 28 U.S.C. § 2241(d).  The Court notes
2  Petitioner has paid the $5.00 filing fee.
3  **IT IS SO ORDERED.**  The District Court Clerk is directed to enter this
4  Order and forward a copy to Petitioner.  The District Court Clerk is further directed
5  to forward this file with a copy of this Order to the Clerk of the United States
6  District Court for the Western District of Washington and close the file in this
7  district.
8  **DATED** this 14th day of February 2013.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING TRANSFER TO WESTERN DISTRICT OF WASHINGTON -- 2